**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**IN THE MATTER OF THE SEARCH OF**             Magistrate No.:
**TWO LOCKERS AT**
**WASHINGTON HOSPITAL CENTER**
**110 IRVING STREET, NW**
**WASHINGTON, DISTRICT OF COLUMBIA**

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR SEARCH WARRANT**

I, Christopher O'Brien, being duly sworn, depose and say:

1.      I am a Special Agent with the U.S. Department of State, Diplomatic Security Service (DSS). I have successfully completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia, and an advanced training program with DSS in Dunn Loring, Virginia.

2.      My current duties as a DSS Special Agent include conducting investigations involving the fraudulent acquisition, production, and misuse of U.S. and foreign passports, U.S. visas and identity documents. I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and other persons who fraudulently obtain or assume false identities.

3.      The information set forth in this affidavit is based on my investigation as well as information provided to me by the DSS Washington Field Office, the Maryland Motor Vehicle Administration (MVA), the Maryland Fusion Center, the U.S. Department of State, and other government agencies. In submitting this affidavit, I have not included each and every fact known to me concerning this investigation, but only those facts that I believe are relevant to establish probable cause in support of a search warrant for evidence of violations of Title 18,

United States Code, Sections 1542 (false statements in application for and use of a U.S. Passport), 911 (false claim of citizenship), 1028A (aggravated identity theft), and Title 42, United States Code, Section 408(a)(7)(B) (social security number fraud), located at Washington Hospital Center, 110 Irving Street, NW, Washington, 20010, Room 3C35, locker 14 (bearing the name "Morrison"), and Room 3B10, locker number unknown, within the District of Columbia.

4. A check of Immigration and Customs Enforcement records revealed a record on file under the alias **OLUTOYIN OMOSEFUNMI** ("**OMOSEFUNMI**"), date of birth 03/07/XX, place of birth Nigeria, Alien Number 072181276. The record indicated that **OMOSEFUNMI** is a citizen of Nigeria who entered the United States in 1982 and received a deportation order on 10/31/1992.

5. A records check with the District Court Clerk's Office in Fall River, Massachusetts revealed a record on file under the name **OLUTOYIN OMOSEFUNMI**, date of birth 03/07/XX. The record indicated that **OMOSEFUNMI** was charged with the crime of "Larceny by Check" in 1989. The record further indicates that the charges are still pending due to **OMOSEFUNMI**'s failure to appear before the court.

6. A records check with the Police Department in Fall River, Massachusetts, revealed a record on file under the name **OLUTOYIN OMOSEFUNMI**, date of birth 03/07/XX, place of birth Nigeria. The record includes an arrest photo of **OMOSEFUNMI** dated 02/26/1992 from Fall River Arrest Case Number 14846 for the criminal charge of "False Representation – Welfare Fraud." The record further indicated that the charges were suspended due to a guilty plea by **OMOSEFUNMI** and the establishment of a probationary period ending in 1997.

7.      A check of U.S. Department of State databases using the name Kristen PROVENCAL showed that on April 19, 2005, **OMOSEFUNMI** presented herself as Kristen PROVENCAL at the United States Post Office in District Heights, Maryland, within the District of Maryland, and applied for United States Passport Number xxxx76465.  As proof of identity and citizenship, **OMOSEFUNMI** presented a City of New Bedford, Massachusetts, Birth Certificate Vol. 75 Pg. 59 Num. xxx issued 08/18/2001 in the name Kristen Lyn PROVENCAL, date of birth xx/xx/1972, and a District of Columbia State ID # xxxx66213 issued 04/11/2005 as proof of identity.  On the passport application, **OMOSEFUNMI** listed her date of birth as 06/09/XX and her place of birth as New Bedford, Massachusetts.  Also submitted with the application was a passport photograph of **OMOSEFUNMI** that matched the arrest photo of **OMOSEFUNMI** from the Fall River Police Department.

8.      A check of U.S. Department of State databases using the name Kristen PROVENCAL showed that on 09/06/2005, **OMOSEFUNMI** presented herself as Kristen PROVENCAL at the Brentwood United States Post Office in Washington, District of Columbia, and applied for United States Passport Number xxxx9736.  As proof of identity and citizenship, **OMOSEFUNMI** presented a City of New Bedford, Massachusetts, Birth Certificate Vol. 75 Pg. 59 Num.xxx issued 08/18/2001 in the name Kristen Lyn PROVENCAL, date of birth listed as xx/xx/1972, and a District of Columbia State ID # xxxx6213 issued 04/11/2005 in the name Kristen Lyn PROVENCAL as proof of identity.  On the passport application, **OMOSEFUNMI** listed her date of birth as 06/09/XX, and her place of birth as New Bedford, Massachusetts.  Also submitted with the application was a passport photograph of **OMOSEFUNMI** that matched the arrest photo of **OMOSEFUNMI** from the Fall River Police Department.

9. A check of U.S. Department of State databases using the name Gwendolyn PRUDEN showed that on March 21, 2006, **OMOSEFUNMI** presented herself as Gwendolyn PRUDEN at the United States Post Office in District Heights, Maryland, within the District of Maryland, and applied for United States Passport Number xxxx95978. As proof of identity and citizenship, **OMOSEFUNMI** presented a District of Columbia Birth Certificate number xx-xx-19488 issued 02/16/06 with date of birth listed as 08/12/XX in the name Gwendolyn RICE, and a Maryland MVA identification card number xxxxxxx67630 issued 3/2/2006 under the name Gwendolyn PRUDEN. The photo of **OMOSEFUNMI** associated with the Maryland identification card matches the photo submitted for passport application number xxxxx5978 and the arrest photo of **OMOSEFUNMI** from the Fall River Police Department. On the passport application, **OMOSEFUNMI** listed her date of birth as 08/12/XX, and her place of birth as Washington, D.C. Also submitted with the application was a passport photograph of **OMOSEFUNMI** that matched the arrest photo of **OMOSEFUNMI** from the Fall River Police Department.

10. On March 30, 2009, a federal grand jury in the District of Maryland returned a sealed, eight-count indictment charging **OMOSEFUNMI** with violations of Title 18, United States Code, Sections 1542 (false statements in application for and use of a U.S. Passport), 911 (false claim of citizenship), 1028A (aggravated identity theft), and Title 42, United States Code, Section 408(a)(7)(B) (social security number fraud). The District Court for the District of Maryland issued an arrest warrant for **OMOSEFUNMI** on the same date.

11. On April 3, 2009, Agents from the Diplomatic Security Service (DSS) encountered **OMOSEFUNMI** at her place of employment, the Washington Hospital Center, and executed the arrest warrant. During the course of the arrest, DSS Agents were informed by a

hospital supervisor that **OMOSEFUNMI**'s personal belongings, including her purse and identification documents, were secured inside two lockers located within the hospital facility.

12. The Washington Hospital Center Protective Services Division confirmed that an individual whose photo matched the arrest photo of **OMOSEFUNMI** from the Fall River Police Department was employed at Washington Hospital Center under the name Kristen MORRISON, and during the course of the workday this individual stored personal belongings at Washington Hospital Center, 110 Irving Street, NW, Washington, 20010, Room 3C35, locker 14 (bearing the name "Morrison"), and Room 3B10, locker number unknown, within the District of Columbia.

13. The Washington Hospital Center Protective Services Division confirmed that employees at the Washington Hospital Center utilize lockers to store personal items that may include government-issued identification documents, receipts, and other identity or correspondence documents.

14. Based upon the preceding information, I believe that probable cause exists to support the application for a search warrant for Washington Hospital Center, 110 Irving Street, NW, Washington, 20010, Room 3C35, locker 14 (bearing the name "Morrison"), and Room 3B10, locker number unknown, to search for any and all government-issued identification documents, receipts, and other identity or correspondence documents in the name of Kristen PROVENCAL, Gwendolyn PRUDEN, or any other names used by **OMOSEFUNMI** as evidence of violations of Title 18, United States Code, Sections 1542 (false statements in application for and use of a U.S. Passport), 911 (false claim of citizenship), 1028A (aggravated

identity theft), and Title 42, United States Code, Section 408(a)(7)(B) (social security number fraud).

_____
Christopher O'Brien
Special Agent
Diplomatic Security Service
U.S. Department of State

Sworn and subscribed to before me
this \_\_\_\_\_ day of April, 2009.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT JUDGE